FILED
DEC 23 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ _____ Deputy



## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*United States v. Adams*
Case No. A01-0158 CR (JKS)

By: THE HONORABLE JAMES K. SINGLETON

Deputy Clerk: Dan Maus, Case Management: 677-6123*

PROCEEDINGS: ORDER FROM CHAMBERS

The Court has received a memorandum from United States Probation Officer Charlene Wortman indicating difficulties with Adams's supervised release. The Court will hold a status conference on **Tuesday, January 3, 2006, at 1:30 pm**, to address these difficulties. The conference should be attended by Adams, Probation Officer Wortman, William Bryson, and Steve Skrocki.

**IT IS SO ORDERED.**

cnsl, USPO t/ cnotified 12/23/05

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 23, 2005

\*    ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

A01-0158--CR (JKS)    DM 12-23-05
-----------------------------------------------
M. BRYSON
S. SKROCKI (US ATTY)
US PROBATION



34